THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00284-MR-DSC

ANITA K. WAUGH, )
 )
       Plaintiff, )
 )
vs. ) **JUDGMENT**
 )
 )
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
 )
       Defendant. )
_____ )

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Judgment on the Pleadings is **GRANTED**; the Defendant's Motion for Summary Judgment is **DENIED**; the Commissioner's decision is **REVERSED**; and this case is hereby **REMANDED** to the Commissioner for further administrative action consistent with the Order filed herewith.

Signed: December 28, 2012

Martin Reidinger
United States District Judge